UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOLANDA DELIA FAULKS<br><br>Plaintiff<br><br>vs.<br><br>Carolyn Colvin<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY<br><br>Defendant | 24-cv-8726 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

Plaintiff's brief was due on February 18, 2025, but it appears to the Court that no briefing has been filed in this action. The Parties are ORDERED to file a joint status report as to the pendency of this action on October 17, 2025.

**SO ORDERED.**

**October 6, 2025**
**New York, NY**

*/s/ Andrew L. Carter*

**ANDREW L. CARTER, JR.**
**United States District Judge**