UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

FAULKS,

                                        Plaintiff,

        -against-                                    24 CV 8726 (ALC)

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,                                      ORDER

                                        Defendant.

-------------------------------------------------------------------- x


ANDREW L. CARTER, JR., United States District Judge:

        Following up from the January 30, 2026 telephonic status conference, Plaintiff's Brief is

due February 9, 2026, Defendant's Opposition is due April 16, 2026, and any Reply is due April

27, 2026. The Parties are ORDERED to file a joint status report with the status of settlement

negotiations by March 16, 2026.



SO ORDERED.

Dated:   January 30, 2026

        New York, New York                        ANDREW L. CARTER, JR.
                                                  United States District Judge