**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

**FAULKS,**

**Plaintiff,**

**-against-**

**COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,**

**Defendant.**

---------------------------------------------------------------------- x

**24 CV 8726 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Clerk of Court is respectfully directed to terminate this case.

**SO ORDERED.**

**Dated:** August 19, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**